# Minutes of the United States District Court
## Southern District of California
### MARCH 20, 2008

HON. **CATHY ANN BENCIVENGO**     DEPUTY CLERK: **L. HERNANDEZ**

---

                                    TAPE NO. CAB08-10:11-10:15

08MJ0684-CAB         USA    vs.    JOHN KASGORGIS (1)(C)**07440298**

REMOVAL & IDENTITY                 GARY BURCHAM, CJA (1)
HEARING/BOND HEARING
                                   AUSA: FRED SHEPPARD

---

REMOVAL & IDENTITY HEARING HELD.
DFT ADMITS TO IDENTITY; WAIVER FILED.
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF NEW YORK.
WARRANT OF REMOVAL ISSUED TO USM.

DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - GOVT WITHDRAWS MOTION

BOND HEARING HELD; PARTIES STIPULATE TO BOND.
COURT SETS BOND AT $200,000 P/S;
   - $100,000 SECURED BY TRUST DEED AND NEBBIA HRG
   - $100,000 SECURED BY SIGNATURE OF DFT AND
     ONE (1) FINANCIALLY RESPONSIBLE ADULT.