## UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 25, 2008

★ APR 0 3 2008 ★

BROOKLYN OFFICE

Clerk, U.S. District Court
Eastern District of New York
118S United States Courthouse,
225 Cadman Plaza East,
Brooklyn, NY 11201-1818

Re:   08mj684 CAB, USA v. John Kasgorgis

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | x | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other | Removal/ID Hearing Minutes; Order and Conditions of Pretrial Release | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Jocson_____
Jenelynn Jocson, Deputy Clerk